UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AIMEE LYNN O'NEIL, | Case No. 2:20-cv-0883-KJD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| NOVELIS, | |
| Defendant. | |

Before the Court is a Report and Recommendation prepared by Magistrate Judge Nancy Koppe, who recommends that plaintiff Aimee Lynn O'Neil's complaint be dismissed with prejudice (ECF No. 9). O'Neil did not object to the Magistrate Judge's report and moved instead to amend her complaint (ECF No. 10). Magistrate Judge Koppe denied the motion (ECF No. 12). The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2 and determines that the Report and Recommendation (ECF No. 3) should be **ADOPTED** and **AFFIRMED**.

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Koppe's Report and Recommendation (ECF No. 9) entered May 28, 2020, is **ADOPTED** and **AFFIRMED**. Plaintiff Aimee Lynn O'Neil's complaint is **DISMISSED with prejudice**.

All other motions are **denied as moot**.

Dated this 24th day of June, 2020.

_____
Kent J. Dawson
United States District Judge